EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, *v.* DAVID L. MILMAN et al., Appellants.

Submitted January 17, 1944; decided February 24, 1944.

Motion by appellants for reargument denied with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 90.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS BUCHALTER, EMANUEL WEISS and LOUIS CAPONE, Appellants.

Submitted February 14, 1944; decided February 24, 1944.

Motion by appellants for reargument denied. (See 289 N. Y. 181.)